

# Case Assignment
## Standard Civil Assignment

Case number **3:18CV-58-JHM**

Assigned : Chief Judge Joseph H. McKinley Jr.
Judge Code : 4414

Designated Magistrate Judge : Magistrate Judge Dave Whalin
Magistrate Judge Code : 44AP

Assigned on 1/29/2018 8:57:11 AM
Transaction ID: 11199

[ Request New Judge ]   [ Return ]