# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| **BRIAN PAIGE** | ) | |
| | ) | |
|     **Plaintiff, individually and on behalf of all others similarly situated** | ) ) ) ) | |
| | ) | |
| | ) | |
| **v.** | ) | Case No.: 3:18-cv-00058-JHM |
| | ) | |
| **Bitconnect International PLC,** *et al.* | ) ) ) ) | |
| | ) | |
|     **Defendants.** | ) | |
| | ) | |

## MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff, Brian Paige ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 65, seeks on behalf of himself and others similarly situated, at a time and date to be set by the Court as soon as practicable, a Temporary Restraining Order against Defendants Bitconnect International, PLC, Bitconnect LTD and Bitconnect Trading, LTD (collectively, "Bitconnect") and Ryan Maasen ("Maasen"), to freeze Defendants' assets and to require Defendants to disclose the Bitcoin and other wallet addresses so their money can be appropriately monitored. A memorandum and affidavit in support and proposed order are attached.

Dated this 29th day of January 2018.

                                                                 Respectfully submitted,

                                                                 **JONES WARD PLC**

                                                                 */s/ Jasper D. Ward IV*
                                                                 Jasper D. Ward IV
                                                                 Alex C. Davis

The Pointe
1205 E. Washington Street, Suite 111
Louisville, Kentucky 40206
T: (502) 882-6000
jasper@jonesward.com
alex@jonesward.com
*Counsel for Plaintiff and the Class*


Abigale Rhodes Green
ABIGALE RHODES GREEN INJURY LAW, PLLC
1800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, KY  40202
(502) 736-8159
agreen@arglawfirm.com
*Counsel for Plaintiff and the Class*