# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **BRIAN PAIGE** | :<br>:<br>: |
| **PLAINTIFF** | :  Civil Action No. 3:18CV-00058-JHM |
| v. | :  CHIEF JUDGE JOSEPH H. MCKINLEY, JR. |
| | : |
| **BITCONNECT INTERNATIONAL PLC,** et al. | :<br>: |
| | : |
| **DEFENDANTS** | :<br>: |

## ORDER

This matter is before the Court on Plaintiff's motion for injunctive relief, and the Court having entered a Temporary Restraining Order without notice to Defendants, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** pursuant to Fed. R. Civ. P. 65(b)(3), that the matter shall be brought on for **hearing** on **Monday, February 12, 2018**, at **10:00 AM CST**, at the Federal Courthouse in **Owensboro**, Kentucky.

Plaintiff shall serve this Order upon the Defendants.

Copies to:   Counsel of record

*Joseph H. McKinley*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

January 31, 2018
