# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **Brian Paige** )<br> )<br> **Plaintiff, individually and** )<br> **on behalf of all others** )<br> **similarly situated** )<br> )<br> )<br>**v.** )<br> )<br>**Bitconnect International PLC,** *et al.* )<br> )<br> )<br> )<br> **Defendants.** )<br>_____ ) | Case No.: 3:18:CV-00058-JHM-DW |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, Brian Paige ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 65, respectfully requests on behalf of himself and others similarly situated, a Preliminary Injunction against Defendants Bitconnect International, PLC, Bitconnect LTD and Bitconnect Trading, LTD (collectively, "Bitconnect") and Ryan Maasen ("Maasen"), to freeze Defendants' assets and to require Defendants to disclose their Bitcoin and other wallet addresses so their money can be appropriately monitored.  Pursuant to the Order entered on January 31, 2018, this matter shall be heard on February 12, 2018, at 10:00 a.m. CST.

A memorandum and proposed order are attached.

Dated this 1st day of February, 2018.

Respectfully submitted,

**JONES WARD PLC**

*/s/ Jasper D. Ward IV*
Jasper D. Ward IV
Alex C. Davis
The Pointe
1205 E. Washington Street, Suite 111
Louisville, Kentucky 40206
T: (502) 882-6000
jasper@jonesward.com
alex@jonesward.com
*Counsel for Plaintiff and the Class*


Abigale Rhodes Green
ABIGALE RHODES GREEN INJURY LAW, PLLC
1800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, KY  40202
(502) 736-8159
agreen@arglawfirm.com
*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I certify that I have filed the Motion, Memorandum in Support, and Proposed Order through the Court's electronic filing system, as well as served this Motion, Memorandum in Support, and Proposed Order on the Defendants through certified mail, overnight mail, and electronic mail on this 1st day of February 2018.

*/s/ Jasper D. Ward IV*