IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| **BRIAN PAIGE** | : | |
| | : | |
| **PLAINTIFF** | : | Civil Action No. 3:18CV-00058-JHM |
| v. | : | CHIEF JUDGE JOSEPH H. MCKINLEY, JR. |
| | : | |
| **BITCONNECT INTERNATIONAL PLC,** | : | |
| et al. | : | |
| | : | |
| **DEFENDANTS** | : | |
| | : | |

## ORDER

This matter came before the Court on February 7, 2018, for a status conference.  Ms. Abigale R. Green and Mr. Jasper D. Ward, IV, counsel for Plaintiff, and Mr. R. Kent Westberry and Mr. Scott Helton, counsel for Defendant Ryan Maasen, all participated with the Court telephonically.

**IT IS HEREBY ORDERED** as follows:

1. At the request of Defendant Maasen for additional time to make disclosures and prepare for the preliminary injunction hearing, and given that the other Defendants are not yet before the Court, the Court finds, pursuant to Fed. R. Civ. P. 65(b)(2), that good cause exists to extend the **Temporary Restraining Order** entered herein to **February 27, 2018**.

2. The time for making disclosures required under the terms of the Temporary Restraining Order is extended to **no later than February 23, 2018.**

3. The **hearing** on Plaintiff's motion for injunctive relief is rescheduled for **February 27, 2018**, at **10:00 AM CST**, U.S. Courthouse, **Owensboro**, Kentucky.

    4.    Defendant Ryan Maasen need not file an answer to Plaintiff's Complaint until ordered to do so by the Court.

    5.    Plaintiff shall serve this Order upon the Defendants who have yet to enter an appearance.

Copies to:  Counsel of record

0/20

*Joseph H. McKinley, Jr.*, Chief Judge
United States District Court

February 7, 2018