UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| **Brian Paige** | ) | |
| | ) | |
| **Plaintiff, individually and on behalf of all others similarly situated** | ) ) ) | |
| | ) | |
| | ) | |
| v. | ) | Case No.: 3:18:CV-00058-JHM-DW |
| | ) | |
| **Bitconnect International PLC,** *et al.* | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

Plaintiff, Brian Paige ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 65, respectfully requests on behalf of himself and others similarly situated, that the Court extend the Temporary Restraining Order (Docket Nos. 7, 16) as to foreign Defendants Bitconnect International, PLC, Bitconnect LTD and Bitconnect Trading, LTD (collectively, "Bitconnect"), and hold in abeyance Plaintiff's Motion for Preliminary Injunction (Docket No. 9), until service can be completed against Bitconnect. Defendant Ryan Maasen ("Maasen") and Plaintiff have agreed to an Unopposed Preliminary Injunction as to Maasen. Because a preliminary injunction requires notice to adverse party and service has not been effectuated against Bitconnect, Plaintiff seeks to extend the Temporary Restraining Order (Docket Nos. 7, 16) as to Bitconnect until counsel for Bitconnect appears and a hearing can be held.

A memorandum and proposed order are attached.

Dated this 22nd day of February, 2018.

Respectfully submitted,

**JONES WARD PLC**

*/s/ Jasper D. Ward IV*
Jasper D. Ward IV
Alex C. Davis
The Pointe
1205 E. Washington Street, Suite 111
Louisville, Kentucky 40206
T: (502) 882-6000
jasper@jonesward.com
alex@jonesward.com
*Counsel for Plaintiff and the Class*

Abigale Rhodes Green
ABIGALE RHODES GREEN INJURY LAW, PLLC
1800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, KY  40202
(502) 736-8159
agreen@arglawfirm.com
*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I certify that I have filed the Motion, Memorandum in Support, and Proposed Order through the Court's electronic filing system, as well as served this Motion, Memorandum in Support, and Proposed Order on the Defendants through certified mail and electronic mail on this 22nd day of February 2018.

*/s/ Jasper D. Ward IV*