UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **Brian Paige** )<br> )<br> **Plaintiff, individually and** )<br> **on behalf of all others** )<br> **similarly situated** )<br> )<br> )<br>**v.** )<br> )<br>**Bitconnect International PLC,** *et al.* )<br> )<br> )<br> )<br> **Defendants.** )<br>_____ ) | Case No.: 3:18:CV-00058-JHM-DW |

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

This matter is before the Court on Plaintiff's Motion to Extend Temporary Restraining Order. The Court having reviewed the Motion and being otherwise sufficiently advised, hereby extends the Temporary Restraining Order (Docket Nos. 7, 16) as to Defendants Bitconnect International, PLC, Bitconnect LTD and Bitconnect Trading, LTD (collectively, "Bitconnect") until the date and time a Preliminary Injunction hearing may be set with or counsel on their behalf. Plaintiff's counsel must promptly notify the Court when service is effectuated or counsel for Bitconnect enters an appearance or contacts Plaintiff's counsel so that the Motion for Preliminary Injunction (Docket No. 9) may be reviewed and a time for it to be heard be set.

*Joseph H. McKinley*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

February 26, 2018