**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| BRIAN PAIGE<br><br>    Plaintiff, individually and<br>    on behalf of all others<br>    similarly situated<br><br>v.<br><br>Bitconnect International PLC,<br>Bitconnect LTD,<br>BitConnect Trading Ltd,<br>And Ryan Maasen.<br><br>    Defendants. | C.A. No. 3:18-cv-58-JHM-CHL |

**THE BITCONNECT INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B), Movants Albert Parks and Faramarz Shemirani (the "BitConnect Investor Group" or "Group"), through their counsel, hereby moves this Court for an Order (attached hereto): (i) appointing the BitConnect Investor Group as Lead Plaintiff in the above-captioned action; and (ii) approving the Group's selection of the law firms Levi & Korsinsky, LLP and Silver Miller as Co-Lead Counsel and Gray & White Law as Liaison Counsel. In support of this Motion, the Group submits herewith a Memorandum of Law and the Declaration of Jacob E. Levy, dated April 13, 2018.

2

Dated: April 13, 2018                                       Respectfully submitted,

                                                               **GRAY & WHITE LAW**

                                           By:  /s/ Jacob Levy         .
                                                    Mark K. Gray
                                                    Matthew L. White

**OF COUNSEL:**                                             Jacob E. Levy
                                                            Gray and White Law

**LEVI & KORSINSKY, LLP**                                   713 E. Market St., Suite 200
Eduard Korsinsky                                            Louisville, Kentucky 40202
30 Broad Street, 24th Floor                                 Telephone: (502) 805-1800
New York, New York 10004                                    Facsimile: (502) 618-4059
Telephone: (212) 363-7500
Facsimile: (212) 636-7171                                   *Attorneys for Movants Albert Parks and Faramarz Shemirani*

Donald J. Enright
Elizabeth K. Tripodi
John A. Carriel
**LEVI & KORSINSKY, LLP**
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Fax: (202) 333-2121

**SILVER MILLER**
David C. Silver
Jason S. Miller
11780 W. Sample Road
Coral Springs, Florida, 33065
Telephone: (954) 516-6000

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2018, I caused to be served the foregoing Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel, along with the accompanying Memorandum of Law and Declaration of Jacob E. Levy with exhibits, by filing with the CM/ECF system, which in turn will serve all following parties electronically through the system:

Abigale R. Green
**Abigale Rhodes Green Inquiry Law, PLLC**
239 S. Fifth Street, Suite 1800
Louisville , KY  40202
502-736-8159
Fax: 502-736-8150
Agreen@arglawfirm.com

Alex C. Davis
Jasper D. Ward, IV
**Jones Ward PLC**
The Pointe 1205 E. Washington Street, Suite 111
Louisville , KY  40206
502-882-6000
Fax: 502-587-2007
Alex@jonesward.com
Jasper@jonesward.com

*Attorneys for Plaintiff Brian Paige*


R. Kent Westberry
Bridget M. Bush
**Landrum & Shouse, LLP**
220 W. Main Street, Suite 1900
Louisville , KY  40202
502-589-7616
Fax: 502-589-2119
Kwestberry@landrumshouse.com
Bbush@landrumshouse.com

*Attorneys for Defendant Ryan Maasen*

                                          /s/ Jacob E. Levy
                                          Jacob E. Levy